# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **BRENT EVERETT RYAN** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:17cv128-HSO-JCG |
| | § | |
| **PELICIA HALL, et al.** | § | **DEFENDANTS** |

## FINAL JUDGMENT OF DISMISSAL

This matter came on to be heard on the Report and Recommendation [89] of United States Magistrate Judge John C. Gargiulo, entered in this case on September 10, 2019. The Court, after a full review and consideration of Plaintiff's Complaint [1], the Magistrate Judge's Report and Recommendation [89], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this the 28th day of February, 2020.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE